UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWIN DIAZ, on behalf of himself and all others similarly situated,

                              Plaintiff,

        -against-

PETLAND DISCOUNTS, INC.,

                             Defendant.
-----------------------------------------------------------------X

Case No.: 18-cv-07906-(JGK)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: Woodbury, New York
        May 28, 2019

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendant*

_____
Jennifer E. Sherven, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

Dated: New York, New York
        May 28, 2019

COHEN & MIZRAHI, LLP
*Attorneys for Plaintiff*

_____
Joseph H. Mizrahi, Esq.
300 Cadman Plaza West, 12 Fl.
New York, NY 11201
(917) 299-6612

**SO ORDERED:**

_____
Hon. John G. Koeltl, U.S.D.J.

4819-6584-9492, v. 1